**SEALED**

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

JUL - 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| 8673 HODGE PLACE | ) Case No. **2:15-SW--383  CKD** |
| ORANGEVALE, CALIFORNIA | ) |
| | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ California _____ *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before   **7/15/2015**   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: **7/1/2015  11:43 am**          _____
                                                                              *Judge's signature*

City and state:    Sacramento, California          Carolyn K. Delaney, U.S. Magistrate Judge
                                                                              *Printed name and title*

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 7A-SC-62Z6276 | 7-1-15 / 6:30 p.m. | Monte Muller. |

Inventory made in the presence of : _SA DAVID SESMA_

Inventory of the property taken and name of any person(s) seized:

Pleese See Attached FD-597, (receipt of property)

Nothing follows

## Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Jas K Walt_

Subscribed, sworn to, and returned before me this date.

_CarolyDelaney_
Signature of Judge

_7/8/2015_
Date

**Carolyn K. Delaney**
**U.S. Magistrate Judge**

FD-597 (Rev 8-11-94)

Page ___ of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _7A-SC-6226276_

On (date) _7/1/2015_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _8673 Hodge Place    Monte Muller_

(Street Address) _____

(City) _Orangevale  CA_

Description of Item(s): _____

1) Certificate of release or discharge from active duty.
   Matthew Muller

No further items

Received By: _____     Received From: _____
(Signature)                                (Signature)
SA David J. Sesma                          Monte Muller