1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION          CASE NO.  2:15-SW-383-CKD
   OF THE UNITED STATES OF AMERICA
12
   8673 HODGE PLACE                          [PROPOSED] ORDER TO UNSEAL SEARCH
13 ORANGEVALE, CALIFORNIA                    WARRANT AND SEARCH WARRANT
                                             AFFIDAVIT
14

15     The government's request to unseal the Search Warrant and this case is GRANTED.

16

17 Dated: July 13, 2015

18                                           HON. CAROLYN K. DELANEY
                                             U.S. Magistrate Judge

FILED
JUL 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK